**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MARSHALL WRIGHT,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | )   Case No. CIV-09-527-R |
| | ) |
| **H. A. LEDEZMA,** | ) |
| | ) |
| **Respondent.** | ) |

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered September 22, 2009. Doc. No. 10. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation, in which the Court concurs, is ADOPTED in its entirety and Respondent's motion to dismiss the petition is GRANTED.

IT IS SO ORDERED this 14th day of October, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE